# U.S. BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

In Re:    LEWIS HARRISON MCCORMICK        :    Case No. 10-63364
          DAWN MASON MCCORMICK
Debtor (s) _____        :
                                            :
                                                **ORDER GRANTING REDEMPTION AND**
                                                **APPROVAL  OF ASSOCIATED**
                                                **FINANCING AND ATTORNEY FEES**
                                                **UNDER 11 U.S.C. 722**

                                            :

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

    Year 2008            Make   DODGE            Model GRAND CARAVAN SX

    VIN # 2D8HN54PX8R814572

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes is $9,925.00. The "redemption amount" shall be the value of the vehicle ($9,925.00).

**IT HEREBY ORDERED,**

**1.** That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
**2**. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.
**3**. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
**4**. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.
**5.** In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this 9th day of September, 2013.
.

By: _____
U. S. Bankruptcy Court Judge

WE ASK FOR THIS:

/s/ Janice Hansen
Janice Hansen, Esquire
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone (434) 845-2600


/s/ Shirley B. Brooks
First National Bank
Collection Officer
622 Broad Street
P O Box 29
Altavista, VA 24517



/s/ Bob Stevens
Bob Stevens
Chapter 7 Trustee
501 Grove Avenue
Charlottesville, VA 22902